```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F01-0027--CR (JWS)
                  "USA V JESSE CONAN NEE"
                   DEF 1.1 NEE, JESSE CONAN
```

In public format, including terminated defendants, excluding terminated counsel

```
    Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 10/05/01
             Closed: 02/13/02
 No. of Defendants: 1
      MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 NEE, JESSE CONAN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 21:856 MAINTAINING PLACE FOR MANUFACTURE OF CONTROLLED SUBSTANCE (F) | Sentenced (26-1) |
| 1 - 1 INF | 2 | 21:853 FORFEITURES (F) | Sentenced (26-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE F01-0027--CR (JWS)
                        "USA V JESSE CONAN NEE"

                    In public format, for all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 10/05/01
             Closed: 02/13/02
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 10/05/01 | [Re: DEF 1] PLF 1 Information. |
| NOTE - | 1 | 10/11/01 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| NOTE - | 2 | 10/11/01 | Issued: Summons. |
| 2 - | 1 | 10/11/01 | [Re: DEF 1] JDR Minute Order re Arr set for 11/16/01 at 3:30 p.m. in Fairbanks, AK. cc: USA, FPD, USM, USPO, J. Nee w/USM cy |
| 3 - | 1 | 10/17/01 | DEF 1 Notice of Intent to change plea. |
| 4 - | 1 | 10/18/01 | [Re: DEF 1] JWS Minute Order setting arr and EOP for 11/6/01 at 8:00 a.m. at Fairbanks; MJ Roberts arr set 11/16/01 at Fairbanks vacated. cc: USA, S. Tatter, USM, USPO, MJ Roberts, Divisional Deputy, ECR |
| 5 - | 1 | 10/24/01 | Return of executed summons re:D1. |
| 6 - | 1 | 10/25/01 | [Re: DEF 1] PLF 1 motion to revoke conditions of release. |
| 6 - | 2 | 10/25/01 | [Re: DEF 1] PLF 1 motion to issue warrant of arrest. |
| 7 - | 1 | 10/29/01 | [Re: DEF 1] JWS Minute Order referring mot at dkt 6 to MJ Roberts per MJ Rule 5. cc: USA, S. Tatter, USPO, USM, MJ Roberts |
| 8 - | 1 | 10/29/01 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion to revoke conditions of release. (6-1), [Re: DEF 1] PLF 1 motion to issue warrant of arrest. (6-2). |
| 9 - | 1 | 10/31/01 | [Re: DEF 1] JDR Minute Order granting motion to issue warrant of arrest (6-2); Clerk to issue warrant; Hrg on Govt's mot to revoke def's cond's of release (6-1) set for 11/2/01 at 10:30 a.m. before MJ Branson in Fairbanks, AK. cc: USA, FPD, USM, USPO, MJ Branson |
| 10 - | 1 | 11/01/01 | [Re: DEF 1] JWS Minute Order resetting time for PCOP from 8:00 to 11:00 on 11/6/01 in Fairbanks. cc: USA, USM, PO, FPD |
| NOTE - | 3 | 11/02/01 | [Re: DEF 1] USM Notice of Arrest; defendant arrested at USDC Fairbanks 11/02/01. |
| 11 - | 1 | 11/02/01 | [Re: DEF 1] Return of WOA re: DEF 1 executed on 11/2/01 at Fairbanks. |
| 12 - | 1 | 11/02/01 | [Re: DEF 1] AHB Court Minutes [ECR: Pam Wertz] re: Initial appearance on mot to revoke defendant's conditions of release (dkt 6-1) held 11/2/01, court finds that def did not violate conditions, released def to third party custodian, signed release order in court. cc:USA,USM,FPO,FPD. |
| 13 - | 1 | 11/02/01 | [Re: DEF 1] AHB Order of Release. cc:USA,USM,FPO,FPD. |
| 14 - | 1 | 11/06/01 | [Re: DEF 1] PLF 1 Plea Agreement. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F01-0027--CR (JWS)
                                    "USA V JESSE CONAN NEE"

                              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/07/01 | [Re: DEF 1] JWS Court Minutes [ECR: Pam Wertz] re: arr and entry of plea on felony information held 11/6/01, def plead guilty to ct 1 of the information and forfeitures, court accepted plea but reserved acceptance of plea agreement, waiver of indictment signed in court. Court vacated arr in F01-0027MJ, conditions of release remain the same until ios, ios will be set by minute order.  cc:USA,USM,FPO,FPD. |
| 16 - 1 | 11/07/01 | DEF 1 Waiver of indictment. |
| 17 - 1 | 11/07/01 | [Re: DEF 1] JWS Minute Order setting IOS on 1/22/02 at 11:30 a.m. at Fairbanks. cc: USA, S. Tatter, USM, USPO, MJ Roberts, ECR, Divisional Deputy |
| 18 - 1 | 11/16/01 | DEF 1 Unopposed motion for remand of defendant into custody w/proposed order. |
| 18 - 2 | 11/16/01 | DEF 1 Unopposed motion for termination of pretrial release conditions w/proposed order. |
| 19 - 1 | 11/20/01 | [Re: DEF 1] JDR Order granting motion Unopposed motion for remand of defendant into custody (18-1), motion Unopposed motion for termination of pretrial release conditions (18-2) cc:USA,USM,FPO,FPD. |
| 20 - 1 | 12/17/01 | DEF 1 Unopposed motion to reschedule sentencing of 1/22/02 w/att aff. |
| 21 - 1 | 12/18/01 | [Re: DEF 1] JWS Order granting unoppo mot to reschedule sentencing of 1/22/02 (20-1); IOS reset for 2/11/02 at 11:30 a.m. at Fairbanks. cc: USA, FPD, USM, USPO, MJ Roberts, ECR, Divisional Deputy |
| 22 - 1 | 01/15/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 23 - 1 | 01/31/02 | PLF 1; DEF 1 Stipulation to modify the plea agreement. |
| 24 - 1 | 02/04/02 | DEF 1 Sentencing Memorandum w/att exh. |
| 25 - 1 | 02/12/02 | [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] re: IOS held 2/11/02, def sentenced to 27 months imprisonment, crt recommends def be placed at BOP facility in Sheridan, supervised release 3 years w/special conditions, SA $100 due immediately, fine $10,000.00, $5,000.00 due imediately w/remainder to be paid monthly at 200.00 per month, no interest shall accrue on the unpaid balance, def shall forfeit the generator, all marijuana growing equipment and firearms and ammunition. Counsel for plf dismissed F01-0027MJ(JDR)   cc:USA,USM,FPO,FPD. |
| 26 - 1 | 02/13/02 | [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1,2 of the Indictment (1-1) def to serve 27 months imprisonment, 3 years supervised release w/special conditions, SA $100.00 due immediately Fine $10,000.00 $5,000.00 due immediately w/balance to be paid during term of supervised release at 200.00 per month, no interest on fine.  cc:USA,USM,FPO,FPD. |
| 23 - 2 | 03/04/02 | [Re: DEF 1] JWS Order granting stip to modify the plea agreement (23-1). cc:USA,USM,FPO,FPD. |
| 27 - 1 | 03/29/02 | [Re: DEF 1] Partial Transcript re: IOS held 2/11/02. |
| 28 - 1 | 04/17/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F01-0027--CR (JWS)
                              "USA V JESSE CONAN NEE"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 4 | 04/18/02 | Issued: writ of execution re: DEF 1 on PFD. |
| 29 - 1 | 04/24/02 | Return of judg on DEF 1 exec 4/12/02 at FDC Sheridan at Sheridan, OR. |
| 30 - 1 | 10/24/02 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt $1,538.76 (receipt 00118844) on 4/24/02. |
| 31 - 1 | 11/21/02 | [Re: DEF 1] PLF 1 motion to release attached PFD Funds in the amount of $1,538.76. |
| 32 - 1 | 11/22/02 | [Re: DEF 1] JWS Order granting mot to release attached PFD Funds in the amount of $1,538.76 (31-1). cc: USA, FPD, Finance |
| NOTE - 5 | 04/11/03 | Issued: writ of execution re: DEF 1 on PFD. |
| 33 - 1 | 04/11/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 34 - 1 | 03/09/04 | USM Return of svc on writ of execution on PFD re: DEF 1 on 4/15/03 no funds available. |
| 35 - 1 | 11/09/05 | [Re: DEF 1] JWS Order granting modification of supervised release as stated cc: USPO |