Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                          Case No. F01-0027-01CR (JWS)

JESSE C. NEE

On October 28, 2003, the above-named was placed on supervised release for a period of three years. The defendant was ordered to pay a $10,000 fine, which has been paid in full. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

It is accordingly recommended that Jesse C. Nee be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 13th day of January, 2006

John W. Sedwick
Chief U.S. District Court Judge